JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KOSSOFF, an individual, | Case No. 2:19-cv-07648-RGK-JPR |
| Plaintiff, | [Honorable R. Gary Klausner] |
| vs. | **[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| PRINCIPAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

DATED: June 29, 2020

_____
Honorable R. Gary Klausner
United States District Judge

**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**